No. 1634, Misc. WHITE *v.* LEAVITT. C. A. 4th Cir. Certiorari denied.

No. 1635, Misc. GRASSMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. 

No. 1643, Misc. ARCHIE *v.* NEW MEXICO. C. A. 10th Cir. Certiorari denied.

No. 1646, Misc. CINNAMON *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1647, Misc. NOWICKI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 1648, Misc. FOX *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1653, Misc. LANDMAN *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1654, Misc. HALSEY *v.* NITZE, SECRETARY OF THE NAVY, ET AL. C. A. 4th Cir. Certiorari denied. *Howard I. Legum* for petitioner. *Solicitor General Griswold* for respondents. 

No. 1659, Misc. PRINCE *v.* BETO, CORRECTIONS DIRECTOR. Ct. Crim. App. Tex. Certiorari denied.

No. 1669, Misc. GARDNER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.